# EXHIBIT A

**MOGINRUBIN LLP**
Daniel J. Mogin (SBN 95624)
Timothy Z. LaComb (SBN 314244)
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone:   (619) 687-6611
dmogin@moginrubin.com
tlacomb@moginrubin.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILAH BUACK-SHELTON, AND S.S., INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.<br><br>Defendant. | Case No: 2:25-cv-00093-JAM-AC<br><br>**NOTICE OF RELATED CASES**<br><br>**CLASS ACTION** |

---

1
COMPLAINT

TO THE CLERK OF THE ABOVE-ENTITLED ACTION, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Civil L.R. 123, Plaintiffs Sheilah Buack-Shelton and S.S. (collectively, "Plaintiffs"), provide notice that the following actions appear to be related to the above-captioned action.

| Case Title | Case Number | Date Filed | Court |
|---|---|---|---|
| Baker v. PowerSchool Holdings, Inc. et al | 2:25-cv-00096-CSK | 1/9/2025 | Easter District of California |
| F.C. v. PowerSchool Group LLC et al | 2:25-at-00057 | 1/10/2025 | Easter District of California |
| Kinney v. PowerSchool Holdings, Inc. | 2:25-cv-00098-CSK | 1/9/2025 | Easter District of California |
| Vargha v. PowerSchool Holdings, Inc. | 2:25-cv-00110-SCR | 1/10/2025 | Easter District of California |

These cases and the above-captioned case bring class claims against PowerSchool Holdings, Inc. and/or its affiliates based on the same data breach, which occurred on December 28, 2024. These cases, therefore, involve the same or substantially similar facts and will involve overlapping discovery and legal issues. Given this overlap, assignment to a single Judge and Magistrate is likely to reduce the judicial effort needed to decide these cases and protect against the risk of inconsistent rulings.

DATED: January 13, 2025

    **MOGINRUBIN LLP**

    */s/ Timothy LaComb*
    Timothy Z. LaComb (SBN 314244)
    Daniel J. Mogin (SBN 95624)
    4225 Executive Square, Suite 600
    La Jolla, CA 92037
    Telephone: (619) 687-6611
    Facsimile: (619) 687-6610
    dmogin@moginrubin.com
    tzlacomb@moginrubin.com

    *Attorneys for Plaintiffs*