# EXHIBIT B

MOGINRUBIN LLP
Daniel J. Mogin (SBN 95624)
Timothy Z. LaComb (SBN 314244)
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (619) 687-6611
dmogin@moginrubin.com
tlacomb@moginrubin.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILAH BUACK-SHELTON, AND S.S., INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.<br><br>Defendant. | Case No: 2:25-cv-00093-JAM-AC<br><br>**NOTICE OF RELATED CASES**<br><br>**CLASS ACTION** |

TO THE CLERK OF THE ABOVE-ENTITLED ACTION, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Civil L.R. 123, Plaintiffs Sheilah Buack-Shelton and S.S. (collectively, "Plaintiffs"), provide notice that the following actions appear to be related to the above-captioned action.

| Case Title | Case Number | Date Filed | Court |
|---|---|---|---|
| A.A. v. PowerSchool Holdings, Inc. et al | 2:25-cv-00141-DAD-CSK | 1/10/2025 | Eastern District of California |
| Crockran v. PowerSchool Holdings, Inc. | 2:25-at-00074 | 1/13/2025 | Eastern District of California |
| E.H. v. PowerSchool Holdings, Inc. | 2:25-cv-00152-DC-SCR | 1/13/2025 | Eastern District of California |
| Giles v. PowerSchool Holdings, Inc. | 2:25-cv-00139-CKD | 1/10/2025 | Eastern District of California |
| Habbal et al v. PowerSchool Holdings, Inc. | 2:25-at-00075 | 1/14/2025 | Eastern District of California |
| Kinney v. PowerSchool Holdings, Inc. | 2:25-cv-00098-DC-SCR | 1/09/2025 | Eastern District of California |
| Pettinger et al v. PowerSchool Group LLC et al | 2:25-cv-00159-DAD-AC | 1/13/2025 | Eastern District of California |
| Strelzin v. PowerSchool Group, LLC et al | 2:25-cv-00140-DC-CSK | 1/10/2025 | Eastern District of California |

These cases and the above-captioned case bring class claims against PowerSchool Holdings, Inc. and/or its affiliates based on the same data breach, which occurred on December 28, 2024. These cases, therefore, involve the same or substantially similar facts and will involve overlapping discovery and legal issues. Given this overlap, assignment to a single Judge and Magistrate is likely to reduce the judicial effort needed to decide these cases and protect against the risk of inconsistent rulings.

DATED: January 14, 2025

**MOGINRUBIN LLP**

   */s/ Timothy LaComb*
Timothy Z. LaComb (SBN 314244)
Daniel J. Mogin (SBN 95624)
4225 Executive Square, Suite 600
La Jolla, CA 92037

Telephone: (619) 687-6611
Facsimile: (619) 687-6610
dmogin@moginrubin.com
tzlacomb@moginrubin.com

*Attorneys for Plaintiffs*