1  **MOGINRUBIN LLP**
   Daniel J. Mogin (SBN 95624)
2  Timothy Z. LaComb (SBN 314244)
   4225 Executive Square, Suite 600
3  La Jolla, CA 92037
   Telephone:    (619) 687-6611
4  dmogin@moginrubin.com
5  tlacomb@moginrubin.com

6  *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEILAH BUACK-SHELTON et al, <br><br> Plaintiffs, <br><br> v. <br><br> POWERSCHOOL HOLDINGS, INC. <br><br> Defendant. | Case No: 2:25-cv-00093-JAM-AC <br><br> **NOTICE OF RELATED CASES** <br><br> **CLASS ACTION** |
| F.C., <br><br> Plaintiff, <br><br> v. <br><br> POWERSCHOOL GROUP LLC, et al. <br><br> Defendant. | Related Case No.: 2:25-cv-00136-SCR |
| BAKER, <br><br> Plaintiff, <br><br> v. <br><br> POWERSCHOOL HOLDINGS, INC., et al. <br><br> Defendant. | Related Case No.: 2:25-cv-00096-CSK |

| | |
|---|---|
| KINNEY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>POWERSCHOOL HOLDINGS, INC.<br><br>　　Defendant. | Related Case No.: 2:25-cv-00098-DC-SCR |
| VARGHA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>POWERSCHOOL HOLDINGS, INC.<br><br>　　Defendant. | Related Case No.: 2:25-cv-00110-SCR |
| A.A.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>POWERSCHOOL HOLDINGS, INC.<br><br>　　Defendant. | Related Case No.: 2:25-cv-00141-DAD-CSK |
| CROCKRAN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>POWERSCHOOL HOLDINGS, INC.<br><br>　　Defendant. | Related Case No.: 2:25-cv-00171-JDP |

| | |
|---|---|
| E.H., <br><br> Plaintiff, <br><br> v. <br><br> POWERSCHOOL HOLDINGS, INC. <br><br> Defendant. | Related Case No.: 2:25-cv-00152-DC-SCR |
| GILES, <br><br> Plaintiff, <br><br> v. <br><br> POWERSCHOOL HOLDINGS, INC. <br><br> Defendant. | Related Case No.: 2:25-cv-00139-CKD |
| HABBAL et al, <br><br> Plaintiffs, <br><br> v. <br><br> POWERSCHOOL HOLDINGS, INC. <br><br> Defendant. | Related Case No.: 2:25-cv-00173-DAD-SCR |
| PETTINGER et al, <br><br> Plaintiffs, <br><br> v. <br><br> POWERSCHOOL GROUP, INC. et al, <br><br> Defendant. | Related Case No.: 2:25-cv-00159-DAD-AC |

| | |
|---|---|
| STRELZIN,<br><br>    Plaintiff,<br><br>    v.<br><br>POWERSCHOOL GROUP LLC. et al,<br><br>    Defendant. | Related Case No.: 2:25-cv-00140-DC-CSK |
| MARTINEZ-TURNBOW,<br><br>    Plaintiff,<br><br>    v.<br><br>POWERSCHOOL HOLDINGS, INC.<br><br>    Defendant. | Related Case No.: 2:25-cv-00165-DC-JDP |
| GRIFFIN,<br><br>    Plaintiff,<br><br>    v.<br><br>POWERSCHOOL GROUP LLC.<br><br>    Defendant. | Related Case No.: 2:25-cv-00206-CKD |
| MAYFEILD,<br><br>    Plaintiff,<br><br>    v.<br><br>POWERSCHOOL GROUP LLC et al.<br><br>    Defendants. | Related Case No.: 2:25-cv-00203-DC-SCR |

| | |
|---|---|
| AREDE,<br><br>    Plaintiffs,<br><br>    v.<br><br>POWERSCHOOL HOLDINGS, INC.<br><br>    Defendant. | Related Case No.: 2:25-cv-00204-JAM-JDP |
| GRECI et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>POWERSCHOOL HOLDINGS, INC.<br><br>    Defendant | Related Case No.: 2:25-cv-00208-CKD |
| LA COUNT et al,<br><br>    Plaintiff,<br><br>    v.<br><br>POWERSCHOOL HOLDINGS, INC. et al,<br><br>    Defendants. | Related Case No.: 2:25-cv-00209-AC |
| KEIGLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>POWERSCHOOL GROUP LLC et al,<br><br>    Defendants. | Related Case No.: 2:25-cv-00210-WBS-AC |

| | |
|---|---|
| WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>POWERSCHOOL HOLDINGS, INC. et al,<br><br>    Defendants. | Related Case No.: 2:25-cv-00207-DAD-CSK |
| CHAMPNEY et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>    Defendant. | Related Case No.: 2:25-cv-00211-SCR |
| SCHWARTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br>    Defendant. | Related Case No.: 2:25-cv-00230-DC-JDP |
| OKONI,<br><br>    Plaintiff,<br><br>    v.<br><br>POWERSCHOOL GROUP, LLC et al,<br><br>    Defendant. | Related Case No.: 2:25-cv-00231-DJC-AC |
| FLICK et al,<br><br>    Plaintiff,<br><br>    v.<br><br>POWERSCHOOL HOLDINGS, INC. et al,<br><br>    Defendant. | Related Case No.: 2:25-cv-00232-DJC-CSK |

| | |
|---|---|
| FAIRCLOTH et al,<br><br> Plaintiff,<br><br> v.<br><br>POWERSCHOOL GROUP LLC et al,<br><br> Defendant. | Related Case No.: 2:25-cv-00252-DJC-JDP |
| ZARIF,<br><br> Plaintiff,<br><br> v.<br><br>POWERSCHOOL HOLDINGS, INC et al,<br><br> Defendant. | Related Case No.: 2:25-cv-00259-JDP |
| BROWN et al,<br><br> Plaintiff,<br><br> v.<br><br>POWERSCHOOL HOLDINGS, INC.,<br><br> Defendant. | Related Case No.: 2:25-cv-00256-JDP |
| GRAMELSPACHER<br><br> Plaintiff,<br><br> v.<br><br>POWERSCHOOL HOLDINGS, INC. et al,<br><br> Defendant. | Related Case No.: 2:25-cv-00271-AC |

TO THE CLERK OF THE ABOVE-ENTITLED ACTION, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Civil L.R. 123, Plaintiffs Sheilah Buack-Shelton and S.S. (collectively, "Plaintiffs"), provide notice that the following actions appear to be related to the above-captioned action.

| Case Title | Case Number | Date Filed | Court |
| --- | --- | --- | --- |
| Faircloth et al v. PowerSchool et al | 2:25-cv-00252-DJC-JDP | 1/17/2025 | Eastern District of California |
| Zarif v. PowerSchool Holdings, Inc. et al | 2:25-cv-00259-JDP | 1/21/2025 | Eastern District of California |
| Brown et al v. PowerSchool Holdings, Inc. | 2:25-cv-00256-JDP | 1/21/2025 | Eastern District of California |
| Gramelspacher v. PowerSchool Holdings, Inc. et al | 2:25-cv-00271-AC | 01/22/2025 | Eastern District of California |

These cases and the above-captioned case bring class claims against PowerSchool Holdings, Inc. and/or its affiliates based on the same data breach, which occurred on December 28, 2024. These cases, therefore, involve the same or substantially similar facts and will involve overlapping discovery and legal issues. Given this overlap, assignment to a single Judge and Magistrate is likely to reduce the judicial effort needed to decide these cases and protect against the risk of inconsistent rulings.

DATED: January 23, 2025

**MOGINRUBIN LLP**

  */s/ Timothy LaComb*
Timothy Z. LaComb (SBN 314244)
Daniel J. Mogin (SBN 95624)
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone:     (619) 687-6611
Facsimile:      (619) 687-6610
dmogin@moginrubin.com
tzlacomb@moginrubin.com

*Attorneys for Plaintiffs*